**Dismissed and Opinion Filed December 9, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00850-CV

**REDDING-MCHARGUE PARTNERSHIP, JAMES ROBERT REDDING, AND LARRY B. MCHARGUE, Appellants**
**V.**
**CHESTER EPPERSON, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03243-2023**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The clerk's record in this case has not been filed. By letter dated October 16, 2024, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, verification they (1) had either paid for or made arrangements to pay for the clerk's record, or (2) were entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not provided the required

documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

240850f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

REDDING-MCHARGUE
PARTNERSHIP, JAMES ROBERT
REDDING, AND LARRY B.
MCHARGUE, Appellants

No. 05-24-00850-CV      V.

CHESTER EPPERSON, Appellee

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-03243-
2023.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 9th day of December, 2024.